IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAN INSURANCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-2993 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al. | : | |

## ORDER

    AND NOW, this 15th day of July, 2009, after consideration of the various motions before the Court and for the reasons stated in the foregoing Memorandum, it is hereby ORDERED as follows:

1) The Motions to Stay pending arbitration, (Docs. 31, 38, 49), filed by Defendants Ambac Assurance Corporation, Financial Guaranty Insurance Company, and MBIA Insurance Corporation, respectively, are GRANTED.

2) The Motion to Dismiss, (Doc. 35), filed by Defendant Deutsche Bank National Trust Company, is DENIED without prejudice.

3) The Motion to Stay Arbitrations, (Doc. 89), filed by Plaintiff Radian Insurance, Inc. is DENIED.

4) As described in the foregoing Memorandum, within ninety (90) days, the parties shall file a joint report, or, if necessary, separate reports, together with any Motions seeking interpretation. The arbitrators may file requests for interpretation as they deem necessary or appropriate.

It is FURTHER ORDERED as follows:

1) In view of the above, the case shall be transferred to the Civil Suspense File;

2) The Clerk of the Court shall mark this case closed for statistical purposes;

3) The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket upon further order of the Court; and

4) The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylon
Michael M. Baylson, U.S.D.J.

O:\Lauren\Radian\arbitration order.wpd