IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADIAN INSURANCE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 08-2993 |
| DEUTSCHE BANK NATIONAL TRUST | : | |
| COMPANY, et al. | : | |

## ORDER

AND NOW, this 1st day of October 2009, upon consideration of the Motion to Dismiss the Amended Complaint (Doc. 105) filed by Defendant FDIC, as Receiver of IndyMac, and for the reasons explained in the accompanying Memorandum, it is hereby ORDERED that the Motion to Dismiss is GRANTED and all claims against the FDIC are dismissed.

It is further ORDERED that the FDIC's earlier Motion to Dismiss the Complaint (Doc. 47) is DENIED as moot.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 07-08\08-2993 Radian v. Deutsche\FDIC Mtd Order.wpd